IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-361-FL

| | |
|---|---|
| H&E EQUIPMENT SERVICES, INC., <br> Plaintiff, <br><br> v. <br><br> OAK CITY CONTRACTING, LLC and <br> DUSTIN CRITTENDEN, <br> Defendants. | **ENTRY OF DEFAULT** |

This matter is before the clerk on the plaintiff's motions for entry of default [DE-9; DE-12]. Therein, plaintiff seeks entry of default[1] as to defendant Oak City Contracting, LLC and Dustin Crittenden.

The record shows that both defendants have been served and have failed to answer or otherwise defend in this action. Accordingly, pursuant to Fed. R. Civ. P. 55(a), default is hereby entered against defendants Oak City Contracting, LLC and Dustin Crittenden.

SO ORDERED. This the 19 day of November, 2019.

Peter A. Moore, Jr.
Clerk of Court

---

[1] In both motions, plaintiff also includes language requesting that the court enter judgment against these defendants. The clerk has construed the motion as seeking only the entry of default, and plaintiff should separately move for default judgment.