UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| H&E EQUIPMENT SERVICES, INC., )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>OAK CITY CONTRACTING, LLC and )<br>DUSTIN CRITTENDEN )<br>      Defendants. ) | **DEFAULT JUDGMENT**<br><br>No. 5:19-CV-361-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 25, 2020, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted in part and denied in part. The court awards plaintiff damages in the amount of $314,734.71 and $625.00 in costs. Defendants are jointly and severally liable for the total amount of damages and costs. It is further ORDERED that post-judgment interest on amounts awarded shall accrue at the rate specified in 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court denies plaintiff's motion as to quantum meruit and unjust enrichment and DENIES WITHOUT PREJUDICE plaintiff's request for attorneys' fees and pre-judgment interest.

**This Judgment Filed and Entered on March 25, 2020, and Copies To:**
Rebecca A. Knudson / Jason R. Harris (via CM/ECF Notice of Electronic Filing)

March 25, 2020       PETER A. MOORE, JR., CLERK

                 /s/ Sandra K. Collins
                (By) Sandra K. Collins, Deputy Clerk